# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

### NO. 03-11-00101-CV

**DPRS 15th Street, Inc; Cliff Woerner, Individually and d/b/a Woerner Interests; and Gail Woerner, Appellant**

**v.**

**Texas Skyline, Ltd.; Skyline Interests, LLC; and Pecos & 15th, Ltd., by and through Skyline Interests, LLC, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN;
JUSTICE HENSON NOT PARTICIPATING**

This is an appeal from the judgment signed by the trial court on October 12, 2010. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.